No. 983. BRITISH STEAMSHIP COMPANY (LTD.), ETC., PETITIONER, *v.* MARY A. CLARKE. May 8, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. J. Parker Kirlin, Mr. Charles R. Hickox* and *Mr. Mark W. Maclay, Jr.,* for the petitioner. *Mr. William A. Blount, Mr. A. C. Blount* and *Mr. F. B. Carter* for the respondent.

---

No. 984. THE NATIONAL CARBON COMPANY ET AL., PETITIONERS, *v.* THE OHIO MOTOR CAR COMPANY ET AL. May 22, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. W. B. Mente* for the petitioners. *Mr. Province M. Pogue* and *Mr. Harry M. Hoffheimer* for the respondents.

---

No. 996. W. L. WILSON, PETITIONER, *v.* FRANK WALDO ET AL. May 22, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Julius C. Martin, Mr. Thomas S. Rollins* and *Mr. George H. Wright* for the petitioner. *Mr. James H. Merrimon* for the respondents.